# IN THE SUPREME COURT OF THE STATE OF NEVADA

GORGES ISSA,
Appellant,

vs.

GIUSEPPA ISSA,
Respondent.

No. 73755

**FILED**

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on August 17, 2017, without payment of the requisite filing fee. The district court's September 12, 2017, order denying appellant's motion to proceed in forma pauperis was filed in this court on September 13, 2017. On September 26, 2017, this court entered an order directing appellant to pay the filing fee within 30 days or file a motion to proceed in forma pauperis. Further, the order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc:   Hon. Chuck Weller, District Judge, Family Court Division
      Gorges Issa
      Todd L. Torvinen
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-39391